IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

NOV 2 0 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO.: 1 : 2 5 CR   5 7 4 |
| v. | ) | |
| | ) | Title 21, Sections 841(a)(1), |
| DIONTE DYKES, aka DOTS, | ) | (b)(1)(B), (b)(1)(C), (b)(2), |
| JAVIAN HEARNS, aka SKEENS, | ) | 843(b), 846, United States Code; |
| CLARENCE JACKSON, aka CINO, | ) | Title 18, Sections 922(g)(1), and |
| TREVAUGHN BASSETT, | ) | 2, United States Code |
| MICHAEL CHAMBERS, aka DO-DO, | ) | |
| AKIA BAILEY, aka KY FREE, | ) | |
| RAVEONA CARTER, | ) | **JUDGE FLEMING** |
| KEITH DYKES, aka BEEFY, | ) | |
| ROBERT AVERY, aka BLACK, | ) | |
| LIAM WALSH, | ) | |
| AMBER SLONE, | ) | |
| | ) | |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1.      Beginning on or about August 9, 2023, and continuing until on or about April 30,

2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DIONTE

DYKES, aka DOTS, JAVIAN HEARNS, aka SKEENS, CLARENCE JACKSON, aka CINO,

TREVAUGHN BASSETT, MICHAEL CHAMBERS, aka DO-DO, AKIA BAILEY, aka KY

FREE, RAVEONA CARTER, KEITH DYKES, aka BEEFY, ROBERT AVERY, aka BLACK,

LIAM WALSH, AMBER SLONE, and others known and unknown did knowingly and

intentionally combine, conspire, confederate, and agree together and with each other and with

diverse others known and unknown to the Grand Jury, to distribute and possess with intent to

distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, more than 500 grams of a mixture and substance containing a detectable amount of cocaine, more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixtures and substances containing detectable amounts of oxycodone, a Schedule II controlled substance, and alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C), and (b)(2).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2.      It was part of the conspiracy that:

A.      DIONTE DYKES distributed hundreds of pills containing various kinds of controlled substances, including fentanyl, oxycodone, and alprazolam to other members of his Drug Trafficking Organization ("DTO") and to his own customers in the Northern District of Ohio and the Eastern District of Michigan.

B.      DIONTE DYKES and other members of the DTO, including BAILEY, HEARNS, JACKSON, BASSETT, and CHAMBERS distributed pills at the Villa View Apartments in Euclid, Ohio.

C.      DIONTE DYKES supplied AVERY, BAILEY, HEARNS, JACKSON, BASSETT, and CHAMBERS with pills for redistribution.

D.      Members of the DTO, including AVERY, BAILEY, BASSETT, KEITH DYKES, WALSH, and others supplied DIONTE DYKES pills for redistribution.

E.      RAVEONA CARTER stored money for the DTO at her house in Detroit, Michigan.

F.    CARTER collected pills from DTO members for DIONTE DYKES and stored them at her house in Detroit, Michigan.

G.    DIONTE DYKES also collected drug proceeds from his customers via CashApp.

H.    DIONTE DYKES, AVERY, and KEITH DYKES coordinated the delivery of a kilogram of cocaine to Pennsylvania.

I.    DIONTE DYKES directed SLONE to transport a kilogram of cocaine to Pennsylvania.

J.    Conspirators used telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages and using the WhatsApp messaging service.

K.    Conspirators, when using cellular telephones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances such as "blues," "bars," and "remixes" to obscure and disguise the true nature of their activities and the true meaning of their conversations.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3.    In furtherance thereof, and to effect and conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio and elsewhere, including but not limited to the following:

4.    On August 9, 2023, at the Villa View Apartments in Euclid, Ohio, BAILEY sold 5.72 grams of pills containing fentanyl and one 30mg pill containing oxycodone to a person cooperating with law enforcement (hereinafter referred to as "CS").

5.    On September 5, 2023, at the Villa View Apartments in Euclid, Ohio,

CHAMBERS sold approximately 83.58 grams of methamphetamine. During the transaction, CHAMBERS stated that he was considering transitioning from selling "blues" (pills containing oxycodone and/or fentanyl) to selling methamphetamine. CHAMBERS also stated that he "fronts" BAILEY product, and BAILEY undercuts him on price. CHAMBERS also mentioned a supplier in Detroit and a person who was making multiple runs to Detroit on behalf of CHAMBERS and other members of the DTO. CHAMBERS also stated that he was willing to sell 5,000 "remixes," the DTO phrase for pills containing fentanyl, for $1.25 per pill.

6.      On September 12, 2023, in Apartment 208 of the Villa View Apartments in Euclid, Ohio, HEARNS met with the CS to conduct a drug transaction. While in Apartment 208, HEARNS called BASSETT and stated, "Ask DOTS [DIONTE DYKES] if he wants to sell this 200 [fentanyl pills]." During the call, HEARNS and BASSETT discussed pricing of fentanyl pills to be sold to the CS. Several other calls between HEARNS and BASSETT occurred throughout this controlled purchase in which BASSETT communicated on behalf of DIONTE DYKES to coordinate the supply of additional fentanyl pills to HEARNS for sale to the CS. During one of these conversations, BASSETT conveyed DIONTE DYKES's message to HEARNS that HEARNS should contact JACKSON, who was holding onto an additional 100 pills for DIONTE DYKES.

7.      At approximately 1:57 p.m., HEARNS called JACKSON on the telephone. During the conversation, HEARNS stated, "CIN! Do me a favor. Run 100 Guccis to me real quick. I got a sale. I'm trying to sell these beans [fentanyl pills]. Come upstairs."

8.      At approximately 2:13 p.m., JACKSON arrived at Apartment 208. JACKSON stated, "Those are the remixes! I don't have no remixes. Who told you I had remixes?" HEARNS responded, "DOTS [DIONTE DYKES]." This miscommunication prompted

HEARNS to call BASSETT.  During this call, HEARNS spoke to DYKES directly, and DYKES agreed to send the 100 additional fentanyl pills.

9.     While the CS and HEARNS were waiting, CHAMBERS arrived at Apartment 208.  Shortly after CHAMBERS's arrival, BASSETT arrived and supplied HEARNS with the 100 additional fentanyl pills on behalf of DYKES.  HEARNS then weighed the pills before packaging them in a clear plastic baggie and gave the bag, containing 53.71 grams of blue fentanyl pills, marked with M30, to the CS.

10.     On September 21, 2023, at the Villa View Apartments in Euclid, Ohio, JACKSON sold 27.9 grams of methamphetamine pills to the CS.

11.     On October 5, 2023, DIONTE DYKES spoke with the CS on the telephone about a fentanyl pill purchase.  DIONTE DYKES confirmed that he could make the sale stating, "Yes, but I am still in my city [Detroit, Michigan]."  The transaction was delayed until October 10, 2023.

12.     On October 10, 2023, DIONTE DYKES spoke to the CS on the telephone about a transaction for 1,000 pills.  During the call, DIONTE DYKES instructed the CS where to park at the Villa View Apartments, and DIONTE DYKES told the CS to call JACKSON, who would deliver the pills to the CS.

13.     At approximately 11:58 a.m., JACKSON called the CS on the telephone.  During the conversation, JACKSON told the CS where to park, and he told the CS that he would come out and meet the CS.

14.     Shortly after this call, the CS arrived at the Villa View Apartments in Euclid, Ohio, and parked where DIONTE DYKES and JACKSON had instructed.  After the CS parked, DIONTE DYKES called the CS on the telephone, and the two confirmed that the CS would be

meeting with JACKSON for the transaction. While the CS was on the telephone with DIONTE
DYKES, JACKSON came out of the Villa View Apartments, walked up to the CS's car, and got
into the CS's car. JACKSON confirmed that he had the pills and then provided a bag of light
blue pills, marked M30, which contained 131.91 grams of fentanyl.

15.     On December 26, 2023, the CS and DIONTE DYKES had a text message
conversation arranging for a 500-pill drug transaction. DIONTE DYKES texted, "We good fa
2marrow?" The CS confirmed that the CS was available for the next day, and DIONTE DYKES
asked, "500?" The CS confirmed, and DIONTE DYKES responded, "Big bet."

16.     On December 27, 2023, DIONTE DYKES and the CS had several conversations
on the telephone coordinating when to meet for the pill transaction. In one of these calls,
DIONTE DYKES instructed the CS to meet inside the Villa View Apartments in Euclid, Ohio.
When the CS entered Apartment 205, the CS met with CHAMBERS, who told the CS that he
had over 5,000 pills in stock and offered to sell the pills to the CS for $3 each. CHAMBERS
then instructed the CS to go to a different apartment to meet with DIONTE DYKES. After the
CS left Apartment 205, the CS spoke with DIONTE DYKES, who told the CS to go to the
basement of the south building.

17.     When the CS arrived at the basement of the south building, the CS was greeted by
a man wearing a mask. The CS told the man that the CS was there to meet DOTS (DYKES), and
the man asked the CS how many pills the CS wanted. After the CS responded, the man left the
basement, returned approximately one minute later, and gave the CS a baggie of blue pills
marked with M30, which contained 53.1 grams of fentanyl. As the man counted the money, the
CS called DIONTE DYKES and discussed the pills.

18.     On March 12, 2024, at approximately 5:45 p.m., BAILEY called DIONTE

DYKES on the telephone.  During the conversation, BAILEY asked, "Hey, you back in the O [Ohio]?"  DIONTE DYKES did not respond, and BAILEY repeated, "You in the O [Ohio], D [DIONTE]?"  DIONTE DYKES responded, "Nah."  BAILEY asked, "Are you with Judy?"  DIONTE DYKES responded, "Nah, what's up?"  BAILEY stated, "A'right I'm tryina' see if, I got these fifteens [milligram pills] down here.  I can't sell them."  DIONTE DYKES responded, "How much you tryina' get?"  BAILEY stated, "Sixteen."  DIONTE DYKES stated, "I'm 'bouta sell them [pills] right now.  How many you got?"  BAILEY stated, "Sixty."  DIONTE DYKES responded, "Sixty, I'm 'bouta sell them right now. I'll call you right back."  BAILEY stated, "A'right."

19.     On March 12, 2024, at approximately 5:50 p.m., DIONTE DYKES called BAILEY on the telephone.  During the conversation, BAILEY asked, "Hey D [DIONTE], can you sell these bars [Xanax pills], too?"  DIONTE DYKES replied, "How much?"  BAILEY responded, "Ten [$10 for each pill]."  DIONTE DYKES asked, "How many y'all got?"  BAILEY responded, "100."  DIONTE DYKES stated, "S--t I might f--k around, and I might f--k around and just cash them bitches out.  What kind is they, the, uh, Ys, or they the, uh . . ."  Voices overlapped, and then BAILEY stated, "The Ys, yup, yup."  DIONTE DYKES replied, "The Ys?"  BAILEY stated, "The Ys."  DIONTE DYKES stated, "A'right, bet, bet, bet, bet, bet.  A'right, yeah, I might f--k around and grab 'em.  You said you got 100?"  BAILEY replied, "Yup."  DIONTE DYKES stated, "A'right, big bet, I'mma call you right back real quick."  BAILEY stated, "A'right."

20.     On March 12, 2024, at approximately 8:40 p.m., DIONTE DYKES received a text message from an unknown person (hereinafter referred to as UP-8215) which read, "I need

70 [pills]." Almost immediately after, DIONTE DYKES responded, "OK." At approximately 9:41 p.m., DIONTE DYKES responded, "1200 [$1,200]."

21.     On March 13, 2024, at approximately 12:50 p.m., BASSETT called DIONTE DYKES on the telephone. After DIONTE DYKES answered, BASSETT asked, "Hey, uh, you want a, uh, sixty pack?" DIONTE DYKES asked, "How much?" BASSETT responded, "Uh, thirty." DIONTE DYKES stated, "Yeah, what are they colors?" BASSETT stated, "Um, I don't even know right now." DIONTE DYKES responded, "Yeah, I'll get 'em." Voices overlapped, and then BASSETT stated, "I'm 'bout to pull up on, you up here?" DIONTE DYKES stated, "Naw I'll have my, I'll have my girl get 'em." BASSETT stated, "Um, but I'm with, uh, uh, my n---a, I'll have to pull up on him street and then I'll go back to you, or however you wanna do." DIONTE DYKES stated, "A'ight you say you want thirty?" BASSETT responded, "Yeah." DIONTE DYKES stated, "S--t, yeah, I'm 'bout to call her right now, I'll call you right back." BASSETT responded, "A'right." DIONTE DYKES replied, "A'right."

22.     On March 13, 2024, at approximately 12:55 p.m., DIONTE DYKES had a conversation with BASSETT on the phone. During the conversation, BASSETT stated, "Yeah, I got you, I'm about to uh, I'm grabbing this cheese from, uh, SKEENS [HEARNS], uh, uh, uh the rest of 'em, and then I'm about to be on my way to, uh, your girl house." DIONTE DYKES stated, "Alright, bet." BASSETT replied, "I'm gonna, uh, drop 'em right back off." DIONTE DYKES stated, "Yeah." BASSETT replied, "But we 'bout to come up here, so just lettin' you know if you, if you did want me to bring it." DIONTE DYKES replied, "Hell yeah, s--t you can bring 'em." BASSETT stated, "A'ight." DIONTE DYKES responded, "A'ight, bet."

23.     On March 13, 2024, at approximately 1:11 p.m., BASSETT called DIONTE DYKES on the telephone. DIONTE DYKES answered, and then BASSETT responded, "I'm

outside, brotha." DIONTE DYKES stated, "A'right hold on. A'right I'm about to tell him?" BASSETT responded, "A'right."

24.    On March 13, 2024, at approximately 4:04 p.m., BAILEY called DIONTE DYKES on the telephone. DIONTE DYKES answered and said, "What up doe?" BAILEY responded, "Aye, uh, uh, can I grab some beans [pills]?" DIONTE DYKES asked, "Chu' mean?" BAILEY stated, "Um, in the city." DIONTE DYKES replied, "Yeah, how many?" BAILEY stated, "Um, it's, uh, I think a ninety and a sixty, but I think I'm 'bout to, um . . ." DIONTE DYKES stated, "Hold, hold on, bro, hold on, hold on, hold on."

25.    March 14, 2024, at approximately 11:51 a.m., DIONTE DYKES and CARTER had a telephone conversation. During the conversation, DIONTE DYKES asked, "You already grab that from momma?" CARTER affirmed, and DIONTE DYKES told her that a third party named 'White' was coming to get "fourteen forty-fives [45 milligram pills] and twenty tens [10 milligram pills]."

26.    On March 14, 2024, at approximately 4:31 p.m., DIONTE DYKES called CARTER on the telephone. During the conversation, DIONTE DYKES stated, "Yeah, DO-DO [CHAMBERS] 'bout to pull up for sixty [pills] at thirty [$30 each]." CARTER asked, "To the house?" DIONTE DYKES affirmed, and CARTER asked, "He got 'em with him or got to come back?" DIONTE DYKES stated, "No, he gotta go get 'em real quick." CARTER replied, "A'ight."

27.    On March 14, 2024, at approximately 5:03 p.m., DIONTE DYKES called CARTER on the telephone and DIONTE DYKES stated, "Yeah. DO-DO outside for that sixty at the thirty." CARTER replied, "Have him come in." DIONTE DYKES then stated in the background, "Go in, DO-DO, go in, go in, brody."

28.     On March 14, 2024, at approximately 5:46 p.m., CARTER called DIONTE

DYKES on the telephone.  After DIONTE DYKES answered, CARTER said, "He says another

hundred fifteen percs [Percocet pills containing oxycodone].  You want them?"  DIONTE

DYKES said, "Yeah."

29.     On March 15, 2024, at approximately, 12:07 p.m., BAILEY called DIONTE

DYKES on the telephone.  After greetings, DIONTE DYKES asked, "What up?"  BAILEY

responded, "He gon' have a 120 after this, so I'm just waiting on a couple plays [customers],

we'll go 80/60 so when he gets them half, and I mean in hand, and, and I'mma have a, I'mma

take CINO my, my cheese [money] for my 60.  But tonight . . ."  Voices overlapped, and then

DIONTE DYKES stated, "Miles ain't nothing, I'm like nineteen minutes from that n---a.  I'm on

Lee Road right now."  BAILEY responded, "A'right, bet.  Okay, aright, bet.  You in the city?!"

DIONTE DYKES affirmed, and BAILEY stated, "Oh, yeah! [unintelligible] bro, what is you

on?"  DIONTE DYKES stated, "Alright."  BAILEY replied, "This n---a, man . . ."

30.     On March 18, 2024, at approximately 12:10 p.m., JACKSON and DIONTE

DYKES had a conversation on the telephone.  During the conversation, JACKSON asked,

"Watchu, watchu, watchu, watchu, watchu would do for, like, two fifty, D?"  DIONTE DYKES

responded, "Two-fifty?"  JACKSON responded, "Two-two fifty, watchu would do for that?

That's this Berry texting me."  DIONTE DYKES replied, "You wanna tell him thirty-seven?"

JACKSON stated, "I can, I can tell him no lower than that."  DIONTE DYKES stated, "So,

thirty-seven.  Thirty-six."  JACKSON stated, "That n---a, I'll be like 'cause I know that n---a

don't be wanting to pay way more.  I'll see."  DIONTE DYKES stated, "Watchu tell him at

first?"  JACKSON responded, "I just told him thirty-seven, like you said."  DIONTE DYKES

stated, "I'm talking about, at first."  JACKSON responded, "Naw, naw I, my, n---a he know, I be

going forty n---a on one n---a on one [unintelligible] forty for a hundred or sum,' I ain't taking no lower than that, but it ain't no unreasonable price right now, brotha'." DIONTE DYKES asked, "He ain't ready yet?" JACKSON replied, "Naw, he ain't call me yet."

31.     On March 18, 2024, at 4:22 p.m., a person with the initials R.H., a person known to the Grand Jury but not indicted herein, called DIONTE DYKES on the telephone. R.H. asked DIONTE DYKES if he was around and "at the spot," and DIONTE DYKES confirmed. R.H. said, "Alright I'm about to shoot over there real quick then." DIONTE DYKES asked, "Alright whatchu want, that hundred [100 pills]?" and R.H. confirmed.

32.     On March 18, 2024, at approximately 4:37 p.m., R.H. arrived at a residence on Trowbridge Avenue in Cleveland, Ohio. At the same time, R.H. called DIONTE DYKES and stated he was outside in a white van. At approximately 4:44 p.m., DIONTE DYKES came out of the residence and got into the passenger seat of the van. Two minutes later, DIONTE DYKES exited the van and went back into the residence.

33.     On March 18, 2024, at approximately 5:37 p.m., JACKSON and DIONTE DYKES had a conversation on the telephone. During the conversation, JACKSON told DIONTE DYKES that "Dez" was on his way to DIONTE DYKES.

34.     On March 18, 2024, at approximately 5:41 p.m., DIONTE DYKES and JACKSON had a conversation on the telephone. During the conversation, JACKSON asked, "Hey, hey you, you got a 130 of 'em over there? For our cuz." DIONTE DYKES stated, "Uh, I think so, but I don't think so, doe." JACKSON replied, "Just, just let me know what you got, 'cause that Barry texts." DIONTE DYKES responded, "What did he say?" JACKSON stated, "Said he want, like . . . he said he want, like, a 100 to 130 and s--t. You gotta have this, uh, ready when I come by to get them." DIONTE DYKES stated, "A'right yeah, I got 'em, I got a

hundy [100] for sure, so just tell him to come on.  You hear me?"  JACKSON replied, "Yeah, yup."  DIONTE DYKES stated "A'right, bet."

35.    On March 18, 2024, at approximately 7:00 p.m., JACKSON and DIONTE DYKES had a conversation on the telephone.  JACKSON stated, "Hello?"  DIONTE DYKES stated, "Hells are you doin'?  What he say there?  Yeah, what he say?"  JACKSON stated, "Hold on, hold on, hold on, I'm gonna see.  Oh, he sent $700 on CashApp.  You hear me?"  DIONTE DYKES responded, "Huh?"  JACKSON responded, "Seven hundred on CashApp, and he said he'll be here in fifteen minutes."  DIONTE DYKES responded, "A'right, but I'm sayin' how many, how many of them bitches did you say he wanted, before I send it?!"  JACKSON stated, "He want a dollar!"  DIONTE DYKES asked, "Huh?"  JACKSON stated, "He said he want a hundy [100]."  DIONTE DYKES responded, "Huh?"  JACKSON replied, "Want a hundred.  He didn't say none about the school.  He didn't say none about the school bus?"  DIONTE DYKES replied, "That's what I'm sayin', you ain't, you ain't, you ain't talked to him. [Unintelligible] before I leave out."

36.    On March 19, 2024, at approximately 1:29 p.m., DIONTE DYKES and WALSH had a conversation on the telephone.  WALSH stated, "Yo."  DIONTE DYKES replied, "Whaddup?"  WALSH stated, "Whaddup?"  DIONTE DYKES stated, "S--t, word.  How many [pills] you tryin' to get?"  WALSH replied, "Uh, I dunno, I was tryin' to get at least like 8, maybe 10.  You, you only can do 18 on 'em though, you can't do 6?"  DIONTE DYKES replied, "Hell yeah, I really want twenty, n---a.  Them schoolbuses, n---a, nobody got them."  WALSH replied, "That's good, umm . . ."  DIONTE DYKES stated, "I really want, I really want a dub, for real.  [Inaudible] going eighteen."  WALSH stated, "That's fine."  DIONTE DYKES replied, "Now if you get a lot of 'em, try to get, like, the rest of 'em, only got like 50-something of 'em-

you gotta get the whole-50-something, I'll do 16. You gotta get the whole 54." WALSH replied, "Word. What about, uh, what, what are you doing [inaudible]?" DIONTE DYKES stated, "On the who?" WALSH responded, "On the blues." DIONTE DYKES stated, "Thirty-eight [$38 per pill]." WALSH replied, "Why have they gone up so much?" DIONTE DYKES stated, "Cuz it's dry [supply of the pills is low]. It's hard for us to get 'em, people [suppliers] taxin' us." WALSH stated, "That s--t's crazy." DIONTE DYKES responded, "Yeah. Times are, times are hard, buddy." WALSH replied, "No, no I feel it. Um, alright, are you around?" DIONTE DYKES affirmed, and WALSH stated, "Alright, I'm probably just gonna get the bars, but I'm 'bout to, uh, head out of my house here shortly. I'm tryin' to get my s--t together." DIONTE DYKES replied, "Alright let me know." WALSH stated, "Alright. I will."

37.     On March 19, 2024, at approximately 5:56 p.m., DIONTE DYKES called WALSH on the telephone. During the conversation, DIONTE DYKES asked, "What happened, man? You ain't, you ain't gettin' with the bars?" WALSH stated, "Oh s--t, that's you, f--k. My bad. Um . . ." DIONTE DYKES stated, "I'm abouta' shoot out to Euclid tho'." WALSH stated, "A'right, just hit me up. I mean, someone gave, I got some for like fourteen dollars, but like I'll still get the yellow ones." Voices overlapped, and WALSH stated, "I just, I didn't know when you were gonna be back and I went to Cleveland." DIONTE DYKES stated, "Yeah, I told y'all I was pullin' right back up at home." WALSH stated, "Um . . ." DIONTE DYKES stated, "A'right, just hit me up tho', bro." WALSH stated, "No, I'll still grab them just hit me up when you get to Euclid." DIONTE DYKES stated, "How many you want?" WALSH replied, "I'm prolly gonna get the same amount. I love those ones." DIONTE DYKES stated, "I know, that's why I'm tellin' you." WALSH replied, "A'right." Voices overlap, and DIONTE DYKES continued, "You want them or not? You want them or not?" WALSH asked, "Hey, another

question." DIONTE DYKES stated, "Huh?" WALSH replied, "My one dude hit me up and he, you got any greens by chance?" DIONTE DYKES replied, "What, 15s?" WALSH affirmed and said, "'Cause this one dude wants some perc." DIONTE DYKES replied, "Yeah, I got some, yeah, I got some." WALSH asked, "You got those?" DIONTE DYKES affirmed, and WALSH stated, "'Cause dude wants a bunch of them. But the only thing is that he wants some at like sixteen a piece. I, I mean I got them at seventeen. But I dunno' why . . ." Voices overlapped, and DIONTE DYKES replied, "Hell nah, no. Hell no, he . . . No." WALSH stated, "He wanted them at sixteen. But he would, he would get like two hundred or like . . ." DIONTE DYKES replied, "I, I don't, I don't got two hundred. I only got, only got twenty-five left." WALSH stated, "You only got twenty-five? A'right, I gotta see. A'right." DIONTE DYKES replied, "A'right." WALSH stated, "Well, I'mma figure it out anyways. Maybe he'll still want them." DIONTE DYKES stated, "I'm 'bout to, I'm 'bout ready to slide out there, and I ain't carryin' nothin' extra on me. So, you want these bars or not?' WALSH stated, "I'm gonna call him right now." DIONTE DYKES stated, "I said, do you want these bars or not? 'Cause I'm 'bout ready to leave out." WALSH asked, "They're the school busses? How, how many do you have of those? I, I, I might grab more." DIONTE DYKES replied, "I got, how many you want?" WALSH stated, "Oh, you got [unintelligible]. Oh my gosh, I just went there. I sat there at this dude's house for an hour. I didn't know when you'd be back." DIONTE DYKES replied, "How many you want, man? 'Cause I'mma leave out, bro.": WALSH stated, "Uh . . . ch ch ch ch ch ch chhh . . . Hold on. Lemme call you right back. I gotta make two phone calls." DIONTE DYKES stated, "Yup." WALSH stated, "I gotta figure out about these greens." DIONTE DYKES stated, "Okay."

38.     On March 24, 2024, at approximately 7:10 p.m., DIONTE DYKES received a call from a person with the initials A.J., known to the Grand Jury but not indicted herein.  During the conversation, A.J. stated, "Sasha was gonna make a run.  I was just gonna have him grab me like six or seven, but I didn't know . . ."  DIONTE DKYES asked, "He was comin' for bars [Xanax pills]."  A.J. replied, "Yeah, that's what he told me, but he said he'd grab, grab me some of my units if he went . . . oh, s--t, um, if he came and got those bars, you don't have any units left, do you?  DIONTE DYKES replied, "Nope."  A.J. stated, "A'right, so he'd have to f--kin' . . . [voices overlap]."  DIONTE DYKES asked, "Ci, Ci, don't CINO got some?"  A.J. stated, "Yeah, yeah, he does, but I was, uh, if Sasha was gonna go to you to get bars, he was gonna grab units for me from you."  DIONTE DYKES responded, "I gotta. I'mma have to have somebody go. I'mma have to have somebody go to my house so they can get the bars."

39.     On March 26, 2024, at approximately 5:41 p.m., DIONTE DYKES called KEITH DYKES on the telephone.  DIONTE asked, "Where you at?"  KEITH responded, "In the city."  DIONTE replied, "Man, you ain't bringin' my lil' s--t up here for me?  What time are you leaving?"  KEITH stated, "I'm about to leave right now, I got so much s--t on me."  DIONTE grunted, and then KEITH stated, "I got a ten thousand pack on me."  DIONTE stated, "Of them things?"  KEITH affirmed, and DIONTE stated, "Unless you [unintelligible]."  KEITH laughed, and DIONTE replied, "You have my s--t on you, brah."  KEITH stated, "'Cause I'm a rich n---a, ya hear?"  DIONTE stated, "Man, you [unintelligible]."  KEITH stated, "Facetime me."  DIONTE replied, "You'd better be."

40.     On March 26, 2024, at approximately 7:40 p.m., DIONTE DYKES called AVERY on the telephone.  During the call, DIONTE DYKES stated, "Seventy-seven 10s [10

milligram pills], and fifty-three . . . I mean it's seventy-seven, it's seventy-seven fift—uh, 7.5 [7.5 milligram pills] and fifty-three 10s [10 milligram pills]." AVERY replied, "Alright."

41.    On March 26, 2024, at approximately 7:48 p.m., AVERY called DIONTE DYKES on the telephone. During the conversation, AVERY stated, "Hey, I thought you said there was seventy-one in here?" DIONTE DYKES responded, "No, I said seventy-seven, uh, uh, 7.5s and fifty-three 10s." AVERY stated, "Alright it came out to 16, bro." DIONTE DYKES responded, "16 75?" AVERY responded, "No, 16 on the nose." DIONTE DYKES stated, "Oh, okay, okay." AVERY stated, "'Cause 11 times 77 is 847, right?" DIONTE DYKES stated, "Yeah, plus, then put plus . . ." AVERY stated, "Plus 15, times 53 . . . oh, yeah, that's so, so, so, 1642 . . ." DIONTE DYKES stated, "16, yeah, 1642." AVERY stated, "Aright, so call Mike." DIONTE DYKES stated, "Alright." AVERY stated, "Call Mike, and tell him he gotta bring the 42 dollars."

42.    On March 27, 2024, at approximately 12:06 p.m., a person with the initials B.D., known to the Grand Jury but not indicted herein, called DIONTE DYKES on the telephone. During the conversation, B.D. stated, "Oh my God. I need to grab twenty of them." DIONTE DYKES responded, "Uh lemme see, open these bitches [containers of drugs] up. Hold on, I just went and picked this s--t up. I ain't even look at it." When DIONTE DYKES opened up the container of drugs, he and B.D. were not satisfied with the types of drugs, and then DIONTE DYKES stated, "I got K-9's. I'm 'bouta go pick up another, or I'm 'bout to meet somebody at Kalahari to go pick up another batch [of pills] though. I dunno' what's [kind of pills] gonna be in that batch."

43.    On March 27, 2024, at approximately 7:37 p.m., DIONTE DYKES and CARTER had a conversation on the telephone. After DIONTE answered the phone, CARTER stated,

16

"Hey, me and Keyanna about to come, she said she ride with me." DIONTE replied, "Alright." CARTER continued, "But Crudo outside. But . . ." DIONTE interjected and said, "Man, just come on, man, 'cause this s--t, like, time pushing back and back and back, man." CARTER replied, "I was waiting on you, y'all! What you mean, him? TT said [unintelligible] she never called. But a'ight." DIONTE DYKES asked, "What you about to go pick her up?" CARTER answered, "What?" and DIONTE DYKES responded, "I said, you about to go pick her up and then come?" CARTER stated, "Yeah, jump on 75." DIONTE DYKES responded, "Alright well all he got me was ninety 20s, man, at 19, so . . ." CARTER asked, "So that was 5500 [$5,500]?" DIONTE DYKES responded, "S--t what?" CARTER repeated, "So that was 5500?" DIONTE DYKES replied, "Naw, hell naw, do the math, and get the rest of the change from him. 90 times 19 and get the rest." CARTER stated, "Alright."

44.     On March 27, 2024, at approximately 7:29 p.m., DIONTE DYKES called CARTER on the telephone. After CARTER answered, DIONTE DYKES asked, "Did you do the math and get everything right?" CARTER stated, "Yeah." DIONTE DYKES asked," How long until you get to Kalahari." CARTER replied, "Um, I'm in the car literally now about to get some gas."

45.     On March 27, 2024, at approximately 10:12 p.m., DIONTE DYKES called CARTER on the telephone. CARTER asked, "You see me?" DIONTE DYKES asked, "Where you at?" CARTER stated, "I'm in the parking— I'm about to send you my location." DIONTE DYKES asked, "When I come in, where I go?" CARTER replied, "You just come in and go where it say 'registration and parking.' It's gonna bring you right to me, just click my location."

46.     On March 27, 2024, at approximately 10:13 p.m., DIONTE DYKES arrived at Kalahari Resort in Sandusky, Ohio. CARTER's white Jeep Grand Cherokee then arrived at

Kalahari. The vehicles drove around the parking lot several times before the Explorer parked against a building with the Jeep stopping in the aisle. Both vehicles then departed.

47.     On March 27, 2024, at approximately 10:28 p.m., DIONTE DYKES called CARTER on the telephone. After CARTER answered, DIONTE DYKES asked, "How many stacks is that?" CARTER asked, "Huh?" and DIONTE DYKES repeated, "I said, 'How many stacks is that?'" CARTER stated, "I put it in my pocket." DIONTE DYKES replied, "Go ahead and count it." CARTER stated, "Huh?!" DIONTE DYKES replied, "See how many it is." After a long pause, CARTER replied, "Ten." DIONTE DYKES replied, "A'ight."

48.     On March 28, 2024, at approximately 2:28 p.m., AVERY called DIONTE DYKES on the telephone. DIONTE DYKES answered the phone and stated, "What up, doe?" AVERY replied, "Hey, Unc ready with the, uh, I think he wants a sixty [pills]." DIONTE DYKES stated, "Huh?" AVERY repeated, "Unc ready with the sixty." DIONTE DYKES stated, "A'right s--t, tell him to pull up at my momma' house [on Charest Drive in Detroit, Michigan]." AVERY responded, "A'right." DIONTE DYKES stated, "I already got, already, they got some money over there," and then DIONTE DYKES provided the address on Charest.

49.     On April 2, 2024, at approximately 6:21 p.m., AVERY called DIONTE DYKES on the telephone. During the call, AVERY said, "He said he about to be heading my way." DIONTE DYKES responded, "You said what?" AVERY stated, "I said, 'Bro said he 'bout to be heading my way with the 60 [pills]." DIONTE DYKES responded, "Alright . . . uh, what you want for them?" AVERY stated, "He want the 8." DIONTE DYKES stated, "I'm about to call her [CARTER]."

50.     On April 2, 2024, at approximately 6:21 p.m., DIONTE DYKES called CARTER on the telephone. After CARTER answered, she spoke to someone in the background and then

DYKES asked her, "Where you at?" CARTER responded, "In front of my mom's, about to pull out." DIONTE DYKES stated, "Where you bout to go?" CARTER stated, "To the house." DIONTE DYKES replied, "Alright, they 'bout to meet you there to get 60 [pills] for 28 [$28 per pill]." CARTER said, "Mmm." DIONTE DYKES said, "Alright."

51.    On April 3, 2024, at approximately 10:31 a.m., DIONTE DYKES called WALSH on the telephone. After WALSH answered, DIONTE DYKES asked, "What time you gonna be ready?" WALSH asked, "Huh?" DIONTE DYKES repeated, "What time you gonna be ready?" WALSH stated, "Oh, so, dude, so, listen to this. Um, this is crazy. My one dude [customer], uh, my dude who comes through a lot [buys pills frequently], he grabs the most [pills], his wife just died, bro." DIONTE DYKES stated. "Uh." Voices overlapped, and then WALSH stated, "And, he is trying to spend, like, all the money he has right now, because he's like, like mentally broken down and ruined, kind up. So . . ." DIONTE DYKES stated, "C'mon, I gotchu." Voices overlapped, and then WALSH stated, "He was . . . I, I feel bad for him, but he was trying to spend like, like, I don't know, like two G's [$2,000] plus money I have or at least, I know he wants to spend, like . . . I don't know, maybe fifteen hundred [$1,500]. At least twelve, but . . ." DIONTE DYKES replied, "A'right, c'mon!" Voices overlapped, and WALSH stated, "I don't, I don't know what, what, what ticket [price per pill] can you do.?" DIONTE DYKES replied, "Thirty-eight." WALSH stated, "Hm . . . you say thirty-six for your boy?" DIONTE DYKES replied, "Hell no, f--k no!" WALSH asked, "How about thirty-seven? Thirty-seven . . ." DIONTE DYKES stated, "Uh-uh." WALSH replied, "Let's meet in the middle." DIONTE DYKES replied, "Can't, I can't, bro. I'm paying, I'm paying thirty-three in the city. Gotta at least make five dollars." WALSH replied, "E-even if . . ." DIONTE DYKES continued, "So, I say thirty-eight." WALSH asked, "Even if I get fifty?" DIONTE DYKES stated, "Can't do, I

got fool that's coming to get three, four hundred for thirty-eight [300 or 400 pills for $38 per pill]. That s--t don't mean nuttin'." WALSH laughed and stated, "I know, I understand." DIONTE DYKES replied, "Hell yeah! And I'm offering to come and get that s--t for forty. You know that I got more to come and get a hundred and twenty, one at one fifty, one sixty for forty." WALSH stated, "I know, I just want to turn to you and some, there's just one dude who would do thirty-seven and another dude do thirty-five. But, I don't wanna go to the dude that thirty-five 'cause all he has is M's and he takes forever." DIONTE DYKES stated, "Thirty-eight." WALSH replied, "Like, I rather just come to you at, at thirty-seven. I'll come right . . ." Voices overlapped, and DIONTE DYKES stated, "Thirty . . . a'right c'mon. C'mon, man!" WALSH asked, "For thirty-seven?" DIONTE DYKES replied, "Mm-hm." WALSH replied, "Oh my God, you the man. A'right." DIONTE DYKES stated, "A'right." WALSH stated, "'Bout to grab this money." DIONTE DYKES replied, "A'right."

52. On April 5, 2024, at approximately 11:53 a.m., DIONTE DYKES called KEITH DYKES on the telephone. After KEITH answered, DIONTE stated, "Bang me a band [1,000] of them wops [fentanyl pills] real quick." KEITH asked, "You said, 'Bang you'?" DIONTE affirmed, and KEITH stated, "Oh, you want me to sell you some?" DIONTE replied, "Yeah, sell me a thousand." KEITH stated, "All I got is a thousand down here." DIONTE stated, "Let me get them." KEITH replied, "Just make me a dollar [make sure I make a profit]." DIONTE replied, "Yeah." KEITH stated, "A'rigt, where you at?" DIONTE stated, "Uh . . . just drop them off in Euclid." KEITH stated, "Who I'm droppin' them off to? I'm 'bouta go to Detroit." DIONTE stated, "Chh, I know, drop them off in Euclid to CINO [JACKSON], and then when you get to Detroit, then I'll, then I'll get your band [1,000] down here." KEITH stated, "Oh, you in the city?" Voices overlapped and then DIONTE stated, "Your band'll already be down here,

yeah." KEITH instructed, "Ask him do he got a counter [money counter]." DIONTE asked, "Who, CINO [JACKSON]?" KEITH affirmed, and DIONTE stated, "Nah, he'll count them bitches out real quick." KEITH stated, "Matter of fact, Kai Kai got one, matter of fact." DIONTE stated, "Kai? Yeah, I don't want Kai over my, my business and s--t." KEITH stated, "He ain't gonna know. I'mma tell him I got a play, s--t he ain't gonna know." Voices overlapped, and then DIONTE stated, "Oh, a'right, yeah, just yeah, count them real quick and then take them over there to CINO's house, and then when you get to the city, I'm, I'mma, uh, give you a band when you get to the city." KEITH replied, "A'right, bet. I need it, too. Good lookin', bitch. I needed that. I already know." DIONTE stated, "Hell yeah, I want them bitches. Take them over there right now." KEITH replied, "I ain't gonna lie, them bitches goin,' too [the pills are selling fast]." DIONTE replied, "I know, that's why I need some, motherf--kers on my line." KEITH stated, "I already know. Soon as the, uh, I got some in the city, too, at momma's house [on Charest Street in Detroit, Michigan]. I got like five thousand over that bitch." DIONTE stated, "Oh, yeah. Yup, come on."

53.     On April 8, 2024, at approximately 12:33 p.m., DIONTE DYKES called CARTER on the telephone. During the conversation, DYKES asked, "You good?" CARTER replied, "Mm-hmm." DIONTE DYKES responded, "I was abouta' say DO-DO [CHAMBERS] just called me, the people got eighty— the old dude around the corner, or the old man around the corner." CARTER exhaled and then DIONTE DYKES stated, "From the house." CARTER replied, "Yeah . . ." DIONTE DYKES stated, "Gonna have eighty in a minute. I'mma call and wake you back up when he 'finna call me back." CARTER stated, "Uh-huh."

54.     On April 8, 2024, at approximately 1:43 p.m., DIONTE DYKES called CARTER on the telephone. DIONTE DYKES greeted CARTER by saying, "He outside, baby." CARTER

replied, "I was getting . . . it ready for D to take to him." During the call, CARTER can be heard counting money. CARTER then stated, "Hey, one of your stacks [$1000] had an extra twenty." DIONTE DYKES replied, "Damn, an extra 20, and I thought it was 49!"

55.     On April 8, 2024, at approximately 7:11 p.m., a person with the initials C.P., known to the Grand Jury but not indicted herein, called DIONTE DYKES on the telephone. During the call, C.P. stated, "I'm getting ready to go pick 'em up. They [stammers] should picked 'em up." DIONTE DYKES replied, "Okay. Bet. You, you call Ray-v [CARTER]. Take 'em right over there." C.P. stated, "All right then, bet. Then they the— they the real ones." Voices overlapped, and then DIONTE DYKES stated, "A'right, bet . . . A'right, I appreciate you." C.P. stated, "A'right, it's a hundred." Voices overlapped and then DYKES stated, "A'right." C.P. stated, "It's the same girl." DIONTE DYKES stated, "Okay."

56.     April 15, 2024, at approximately 2:52 p.m., KEITH DYKES called DIONTE DYKES on the telephone. During the conversation, KEITH stated, "Aye, these two-bands, I need that!" DIONTE stated, "Hear me? That's why I just came out, came out and got me some money." KEITH responded, "Hello, yeah, I'm 'bout to get me some money [unintelligible]. Let me know before you leave, so I can come out there." DIONTE replied, "I'm 'bout, I'm 'bout to get ready to leave withing the next thirty minutes." KEITH stated, "Oh, you is? Damn!" DIONTE stated, "Next forty-five minutes, but I got that tucked off where you can get it though." KEITH replied, "Huh?" DIONTE stated, "I got that tucked off where you can get it though." KEITH replied, "Naw, I'm saying uh . . . damn! I wanna chill in you s--t, you know I ain't even got a motherf--king T.V." DIONTE stated, "Huh?" KEITH replied, "I said, I wanna stay in your s--t, you know I ain't even got a T.V. in my s--t." DIONTE stated, "Aww n---a, you'd be

straight within my s--t." KEITH stated, "Oh, you gonna have dude open the door for me?" DIONTE replied, "Yeah." KEITH replied, "A'ight bet."

57.     On April 15, 2024, at approximately 7:42 p.m., DIONTE DYKES called KEITH DYKES on the telephone. During the call, DIONTE stated, "I got five hundred of those." KEITH replied, "Damn! I gotta got, those bitches at the spot." DIONTE asked, "In the Ville?" KEITH replied, "Yeah." DIONTE stated, "No, n---a. That's where they 'bout to meet you at anyways." KEITH asked, "Who is it?" DIONTE stated, "Dez, I told him a dollar-fifty." KETIH replied, "Oh, yeah, yeah, yap. Hell yeah." DIONTE stated, "Yeah, I'm 'bout to set it up, so as soon as he call me, I'm 'bout to call you, and you can start heading towards Painesville." KEITH replied, "A'right well just let me know." Voices overlapped, and then DIONTE stated, "Or you can, or, or if you want to, bitch, call him." KEITH replied, "A'right, tell that n---a to call me. You know that n---a . . ." DIONTE stated, "A'right, well look, just when he call, I'mma have you meet at Painesville." KEITH stated, "A'right, damn!" DIONTE stated, "Five— five hundred, [unintelligible] I ain't making a quarter. I'm just telling you so you can get that play." KEITH replied, "A'right."

58.     On April 16, 2024, at approximately 12:29 p.m., a person with the initials M.T., known to the Grand Jury but not indicted herein, called DIONTE DYKES on the telephone. During the call, M.T. stated, "Yeah, he got, he said he gotta go, he, he gotta go get them, so you on the west side right?" Voices overlapped, and then DIONTE DYKES stated, "Call me as soon as he get 'em, I'll be ready, s--t, s--t it don't matter 'cause we can meet listen . . ." Voices overlapped, and then M.T. stated, "Just give me the, just give me the, just give, I'm just gonna come and grab the money that's why and be on spot." Voices overlapped, and DIONTE DYKES stated, "Listen to what I'm 'bout to tell you. I'm about to tell you, just go to my house and get

23

the money 'cause I'm right here 'bout to grab all these other beans. I ain't know you ain't have

no extra ones." M.T. replied, "Oh, okay." DIONTE DYKES stated, "So, [unintelligible] my

house and get the money. It's money over there." M.T. replied, "Is she, is she there?" DIONTE

DYKES stated, "Yup, yeah, yap, yap go 'head." M.T. stated, "Okay, alright."

59.     On April 18, 2024, at approximately 11:57 a.m., M.T. called DIONTE DYKES

on the telephone. During the conversation, M.T. stated, "Hey, um . . . I can go grab like 30 of

them for you real quick . . . This person just getting on . . ." DIONTE DYKES replied, "I want

it." M.T. said, "OK, you just want me to go over there [to pick them up]?" DIONTE DYKES

affirmed.

60.     On April 18, 2024, at approximately 12:38 p.m., M.T. called DIONTE DYKES

on the telephone, and M.T. asked, "Is she there?" DIONTE DYKES confirmed and then gave

CARTER's phone number to M.T. M.T. said she (CARTER) wasn't picking up and must have

not paid her phone bill. DIONTE DYKES reminded M.T. he had to call twice. M.T. asked

DIONTE DYKES to call CARTER. After a few moments of no conversation, DYKES again

told M.T. "She's there." M.T. replied, "Ok, I'm on my way over."

61.     On April 18, 2024, at approximately 3:17 p.m., BAILEY called DIONTE DYKES

on the telephone. DIONTE DYKES answered the phone and said, "Yo. BAILEY responded,

"Big money." DIONTE DYKES asked, "What's that word?" BAILEY responded, "You got

some extra beans up here?" DIONTE DYKES asked, "Huh?" BAILEY responded, "You got no

beans in the D [Detroit]?" DIONTE DYKES stated, "Not right now . . . how many you tryin' to

look for . . . huh? How many you tryin' to get, bruh." BAILEY stated, "Couple hundred or

whatever that you can find me." DIONTE DYKES stated, "Alright, bet, I'll try to find you at

least, like, at least, like, a 90 or 120 or something . . . I got you though." BAILEY stated,

"Alright, bet, 'preciate you." DIONTE DYKES stated, "I'm already on it, I got you as soon as somebody calls me."

62.    On April 18, 2024, at approximately 5:41 p.m., a person with the initials C.P., known to the Grand Jury but not indicted herein, called DIONTE DYKES on the telephone. During the call, C.P. stated, "It's the little ones, like the last, there's 50 of them." DIONTE DYKES replied, "Alright, take them over there . . . call RAVEONA and take them over there." C.P. asked, "You do those?" DIONTE DYKES confirmed. C.P. stated, "Alright I'm about to snatch them up."

63.    On April 18, 2024, at approximately 6:10 p.m., DIONTE DYKES called CARTER on the telephone. DIONTE DYKES's mother answered the phone and said, "Hold on, let me get the phone to RAVEONA [CARTER]." CARTER then answered the phone and said, "Hello," and DIONTE DYKES spoke to someone in the background and then said, "Al 'bout to pull up with two-hundred." CARTER replied, "How, with what from with what?" DIONTE DYKES replied, "He 'bout to pull up with two-hundred and, uh, what's-its-name tell, tell, tell momma to give you, give you the, uh . . ." Voices overlapped, and then CARTER stated, "Like, she would have to go all the way home, you don't have no money here, like, you got like fifteen hundred [voices overlap], sum like that." DIONTE DYKES stated, "Damn, ask her, can she go get it, I'm 'bout to see if she can go get it for me real quick." CARTER then said, "You got twelve-fifty." DIONTE DYKES stated, "A'right, she said she ain't gon'[stammers] we went and got all that s--t already like that?" CARTER replied, "That's what I'm saying. Uh, yeah, because. You got, I just paid Cap for forty-two extra ones and one-thirty-five on top of Cardo [unintelligible] Cardo he got the money for one-twenty. Plus, what they already been bringing, yeah . . . that's it." DIONTE DYKES stated, "A'right, damn. I gotta call and see." Voices

overlapped, and then CARTER stated, ". . . and then you really can let them by, that's for the house anyway." DIONTE DYKES stated, "Yeah, what about [voices overlap] what about that other s--t that I gave you yesterday." CARTER replied, "I put that, that's what I had was paying him out of in the first place, and when Cap first came in, when, uh, Cardo first came, and I still had to get some to go with all the other stuff they brought." DIONTE DYKES responded, "A'right, that's cool." CARTER stated, "Yeah, you can plan some more for the four. Cardo will have some more or he might have some more." DIONTE DYKES replied, "Alright."

64.    On April 19, 2024, at approximately 4:20 p.m., CARTER called DIONTE DYKES on the telephone. During the call, CARTER says "You don't have any more money, for real, like this is—I just called Mello, he said you owe him 690. There's not even $500 in my hand." DIONTE DYKES responded, "I got, like, 400 on CashApp." CARTER replied, "I need that, for to pay for these rooms, what money am I gonna pay for the room with?" DIONTE DYKES replied something unintelligible, and then CARTER stated, "So I got all the 10s, it 494 10s or 74 10s for $12, I got them, for TT, she wanted— okay, oh, so this the thing, TT, I got 60 blues from her, too." DIONTE DYKES responded, "Okay." CARTER continued, "Thats at 3. So that's 1980, plus the, uh, what is it, 494 10s, that was 5928, plus the 1600 for the 100 15s plus the 75 from Cap— 30s, plus the 30 from Marlow, that's it, that's everything. That's all you got. And that really was you . . ." DIONTE DYKES asked, "What 30 from Marlow?" CARTER continued, ". . . some of the money you had here." DIONTE DYKES repeated, "What you mean—30 what from Marlow?" CARTER replied, "You just said you getting 30s from Marlow. He said I owe him 690." DIONTE DYKES replied, "Alright."

65.    On April 21, 2024, at approximately 12:17 p.m., DIONTE DYKES and AVERY had a conversation on the telephone. During the conversation, DIONTE DYKES wished

AVERY a happy birthday, and then asked, "What's that word?" AVERY responded, "Hey, V said, if she, uh, put a little extra on there for you, you think you'll be able to bring it to her?" DIONTE DYKES responded, "To all the way down there?!" AVERY responded, "Yeah." DIONTE DYKES stated, "A little extra like what?" AVERY responded, "I don't know, I gotta call her and see." DIONTE DYKES responded, "She gonna give me what, like, seventeen five [$17,500]?" AVERY responded, "She might. I don't know, I might, I might just tell her to throw an extra thousand on there so I can get, so I can get some motherf--kin', cause I ain't makin' s---t for the work I'm doing tellin' n---as about it." DIONTE DYKES stated, "Right. Totally, hell yeah. Call her real quick and see what she say" AVERY responded, "Alright."

66.     On April 21, 2024, at approximately 12:43 p.m., DIONTE DYKES and AVERY had a conversation on the telephone. At the beginning of the conversation, DYKES asked, "Hey, what up, though?" AVERY stated, "She said, is you gonna bring it to her today?" DIONTE DYKES responded, "Uh, I gotta set it up and grab it, I can't, uh . . . Oh! Matter of fact, uh, how much your girl charge?" AVERY stated, "I told you, you said, I only charged her seventeen five. That's . . ." DIONTE DYKES responded, "Alright, bet, alright . . . uh, okay, I'll just take the seventeen . . . this is what I'm about to do, this what I'm about to do. I'm about to tell BEEFY [KEITH DYKES], take it up there, she gonna give him sixteen, she gonna give him sixteen . . . five, then we gonna split the rent." AVERY responded, "Alright." DIONTE DYKES stated, "He gonna be so nosy though, man." AVERY asked, "Who?" DIONTE DYKES responded, "But I'm gonna tell him that he owe, owe us the rent. BEEFY." AVERY responded, "No, no, no, you ain't gotta do that, bro. Look, I'm just gonna tell him, I'mma just tell, I'mma just tell her, I'mma just tell her, like, when he come up there . . ." DIONTE DYKES interjected, "I can have somebody take it up! I can have somebody take that bitch, I said, I can

have somebody take it up there and get the money." AVERY responded, "Yeah." DIONTE DYKES stated, "I'm about to call, I'm about to call [unintelligible], hold on. Damn, my n---a just went up to PA [Pennsylvania] too, my n---a Rick, man. Hold on, let me call, uh . . ." Then DIONTE DYKES ordered ice cream in the background of the call. DIONTE DYKES then called SLONE on a separate phone at 4:45 p.m.

67.     On April 21, 2024, at approximately 4:45 p.m., DIONTE DYKES called SLONE on the telephone. After SLONE answered, DYKES asked, "Hey, whatchu got goin' on?" SLONE replied, "Nothin'." DIONTE DYKES asked, "Whatchu 'bout to do?" SLONE replied, "Nothin'." DIONTE DYKES stated, "You feel like shootin' to PA [Pennsylvania] for me?" SLONE responded, "PA?! Right this second?!" DIONTE DYKES replied, "Like, yeah, within at least like the next hour." SLONE replied, "Ummm . . ." DIONTE DYKES stated, "I might have you head there with a female, though." SLONE stated, "Okay, I would, but I'm about to go to dinner at 6:00." DIONTE DYKES asked when she would be done with dinner, and SLONE said, "I don't know, I should be done at like 7:00." DIONTE DYKES then spoke to AVERY on another phone and said, "Hey, ask her would 9:00 be cool, it gonna take an hour and fifty minutes to get to her . . . you hear me . . . ask her, is, uh, ask her is, uh, 9:00 cool for her to get there, because she about to go to dinner at 6 she be back at 7, and then she gonna shoot straight up there." DIONTE DYKES stayed on the line and then continued to talk to AVERY and stated, "No it's gonna get down there today, she said she gonna leave out at 7:00. The evidence is still gonna be wrapped up, bro . . . she good, trust me. I know the evidence still gonna be wrapped up, I'm tellin' you right now." DIONTE DYKES then stated to SLONE, "Alright, I'm about to call you right back Amb, we locked in for 7, so don't make no more plans."

68.     On April 21, 2024, at approximately 4:48 p.m., DIONTE DYKES and AVERY continued their conversation.  DIONTE DYKES stated, "Yeah, just tell her it's another white girl comin' to meet her, too, so she can [unintelligible]."  AVERY stated, "Alright."

69.     On April 21, 2024, at approximately 6:29 p.m., DIONTE DYKES called CARTER on the telephone.  During the conversation, CARTER stated, "You said count the 10s, count the pink ones, and count the 30s?"  DIONTE DYKES replied, "Yeah, all the 30s, not the green 15s that's in the back on them 30s, all the 30s.  Do it right now for me.  'Cause' I got someone meeting you, too.  I got another person."

70.     On April 21, 2024, at approximately 7:23 p.m., DIONTE DYKES called SLONE on the telephone.  SLONE answered the phone and told DYKES that she was about to leave the restaurant.  DIONTE DYKES responded, "How long until you get to my house?"  SLONE stated, "Probably, like, 20 minutes."  DIONTE DYKES responded, "Alright, I'm about to have my little brother [KEITH DYKES] meet you out there, he gonna follow you out there."

71.     At approximately 8:33 p.m., a gray Jeep SUV, bearing an Oklahoma license plate, arrived at DIONTE DYKES's residence on Trowbridge Ave., Cleveland, Ohio, and parked in the driveway.

72.     On April 21, 2024, at approximately 8:35 p.m., KEITH DYKES called DIONTE DYKES on the telephone.  During the conversation, KEITH stated, "I'm here," and DIONTE replied, "Alright, yeah, I know, n---a, she getting gas, she about to pull up."

73.     On April 21, 2024, at approximately 8:51 p.m., SLONE was driving a silver Volkswagen Atlas bearing an Ohio license plate, pulled up and parked in front of DYKES's residence on Trowbridge Avenue in Cleveland, Ohio.

74.     On April 21, 2024, at approximately 8:51 p.m., DIONTE called SLONE on the telephone.  After SLONE answered, DIONTE stated, "Yeah, where you at?"  SLONE stated, "I'm here!"  DIONTE stated to KEITH, "She outside, too, BEEFY!"  KEITH then said, "A'ight I'm putting it together."  DIONTE then told SLONE, "He 'bout to walk outside, look."  SLONE stated, "A'right."  DIONTE stated, "A'right."  DIONTE then stated to KEITH, "Drop it, slide it right in the back trunk."  DIONTE then told SLONE, "Hey, pop your trunk, I mean, hey, yeah, pop your trunk."  DIONTE said to KEITH in the background of the call, "Aw naw BEEFY, don't put it in the trunk, just put it in, like, the third row, hell naw."  SLONE then stated, "You want me to put the third-row seats down?"  DIONTE stated, "Naw, leave the third-row seats up."  SLONE stated, "Okay."  DIONTE asked, "Who you with?"  SLONE stated, "By myself."  DIONTE asked, "Who?"  SLONE stated, "By myself."  DIONTE replied, "A'ight, bet."  KEITH in the background said, "Here I come, I'm coming out right now."  SLONE then asked, "Did you just say he's following me?"  DIONTE stated, "Yeah, he gon' follow you to make sure you good though, like, he'll follow you to make sure you straight, you hear?"  SLONE stated, "Okay."  DIONTE replied, "He just making sure you good, that's why he following you."  SLONE stated, "A'right."  DIONTE stated, "A'right, oh, look, but look, this what I'm 'bout to tell you, right?  She gon' give you uh, like, a little extra thousand dollars on the side you keep that, hold that for me until I get back and then that other money . . ."  SLONE stated, "A'right."  DIONTE stated, "Then that other money, she gon' give you, uh, you gon', you gon take it all the way back and then give it to us once y'all get back. Then give it my brother once you all get back."  SLONE responded, "Okay."  DIONTE stated, "But that thousand, you just keep it 'till I get there."  SLONE stated, "A'right you said, keep it?"  DIONTE stated, "Yeah, keep it 'till I get there tomorrow."  SLONE stated, "You said keep it for myself?"  DIONTE replied, "Or naw, matter of

30

fact you can give it to my little brother [KEITH DYKES].  Naw give it to my brother.  Give that thousand to [voices overlapped]."  SLONE stated, "You said keep it to myself?"  DIONTE stated, "Hell naw, give it to my brother."  SLONE laughed.  DIONTE then stated, "Now that's some s--t she, no that some s--t she owe me from last time."  SLONE stated, "I'm just f--king with you."  DIONTE stated, "You 'bout to meet up with another lady, so you good, but I'm making sure that everything straight."  SLONE stated, "Right."  DIONTE stated, "Matter of fact, just give all that s--t to my brother.  You hear me?  I'll get it from him."  SLONE stated, "A'right."  DIONTE stated, "I'll see him before I see you."  SLONE stated, "Aright."  DIONTE stated, "A'right, and, uh, let me know when y'all start rolling out too, man."  SLONE stated, "A'right."  DIONTE stated, "A'right."  SLONE stated, "A'right bye."

75.     On April 21, 2024, at approximately 8:56 p.m., SLONE called DIONTE DYKES and asked him to tell KEITH DYKES to bring her a bottle of water.  DIONTE then spoke to KEITH and said, "Hey BEEFY, she said can you bring her a bottle of water?"  DIONTE then told her that KEITH did not have a bottle of water."  Later in the conversation, DYKES told SLONE, "Make sure you just do the speed limit, though."   SLONE stated that she will drive the speed limit, and DIONTE DYKES advised, "Put that bitch on cruise control."

76.     On April 21, 2024, at approximately 9:01 p.m., SLONE's Volkswagen and KEITH DYKES's Jeep drove away from the residence in opposite directions.

77.     On April 21, 2024, at approximately 9:11 p.m., SLONE possessed a brown shoebox containing approximately one kilogram of cocaine wrapped in brown packaging tape.  Also inside the shoebox was a receipt for Krush clothing store, dated April 2, 2024, showing a customer name of KEITH DYKES.

78.     On April 21, 2024, at approximately 9:13 p.m., DIONTE DYKES called CARTER on the telephone. CARTER stated, "Hello." DIONTE DYKES replied, "Hey, will you uh keep that stuff separated?" CARTER stated, "Yeah. Wait, wait, wait, it's, a, the 10s is with the 30s." DIONTE DYKES stated, "A'right that's cool." CARTER replied, "Yeah." DIONTE DYKES stated, "'Cause, I got to, I got to go all the way back to the same, same little place I gotta go meet Rick ass." CARTER replied, "Okay." DIONTE DYKES stated, "Yup, yup. This ain't nothing." CARTER spoke to someone in the background, and then DYKES stated, "I'm 'bout to grab that s--t and slide back out." CARTER replied, "Mmm, a'right."

79.     On April 30, 2024, CARTER possessed $28,400 of drug proceeds in her residence on Rowe Street in Detroit, Michigan.

80.     On April 30, 2024, DIONTE DYKES possessed a Springfield XD 9 mm pistol bearing serial number XD934163 and magazine with 21 rounds of ammunition and an FN 5.7x28mm pistol bearing serial number 386390873 with magazine and 17 rounds of ammunition in his residence on Trowbridge Avenue in Cleveland, Ohio.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Distribution of Fentanyl and Oxycodone, 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

81.     On or about August 9, 2023, in the Northern District of Ohio, Eastern Division, Defendant AKIA BAILEY, aka KY FREE, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3

(Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

82.     On or about September 5, 2023, in the Northern District of Ohio, Eastern

Division, Defendant MICHAEL CHAMBERS, aka DO-DO, did knowingly and intentionally

distribute more than 50 grams of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4

(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

83.     On or about September 12, 2023, in the Northern District of Ohio, Eastern

Division, Defendant JAVIAN HEARNS, aka SKEENS, TREVAUGHN BASSETT, and

DIONTE DYKES, aka DOTS, did knowingly and intentionally distribute more than 40 grams of

a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 5

(Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

84.     On or about September 21, 2023, in the Northern District of Ohio, Eastern

Division, Defendant CLARENCE JACKSON, aka CINO, did knowingly and intentionally

distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

33

COUNT 6
(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2)

The Grand Jury further charges:

85.     On or about October 10, 2023, in the Northern District of Ohio, Eastern Division,

Defendants DIONTE DYKES, aka DOTS, and CLARENCE JACKSON, aka CINO, did

knowingly and intentionally distribute more than 40 grams of a mixture and substance containing

a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section

2.

COUNT 7
(Distribution of Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2)

The Grand Jury further charges:

86.     On or about December 27, 2023, in the Northern District of Ohio, Eastern

Division, Defendant DIONTE DYKES, aka DOTS, did knowingly and intentionally distribute

more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 8
(Distribution of Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

87.     On or about April 21, 2024, in the Northern District of Ohio, Eastern Division,

Defendants KEITH DYKES, aka BEEFY, DIONTE DYKES, aka DOTS, and ROBERT

AVERY, aka BLACK, did knowingly and intentionally distribute more than 500 grams of a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 9
(Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

88.     On or about April 21, 2024, in the Northern District of Ohio, Eastern Division, Defendant AMBER SLONE did knowingly and intentionally possess with intent distribute more than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 10
(Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

89.     On or about April 30, 2024, in the Northern District of Ohio, Eastern Division, Defendant DIONTE DYKES, aka DOTS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Trafficking in Drugs, Case No. 12CR000373, in the Lake County Court of Common Pleas, on or about December 14, 2012; Delivery/Manufacture (Narcotic or Cocaine) 50 to 449 Grams, Case No. 17-007771-01-FH, in the Third Judicial Circuit of Michigan, on or about April 24, 2018, knowingly possessed in and affecting interstate commerce firearms, those being: a Springfield XD 9 mm pistol bearing serial number XD934163; and an FN 5.7x28mm pistol bearing serial number 386390873, said firearms having previously been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNTS 11-16</u>
(Use of a Communications Facility to Facilitate a Felony Drug Offense,
21, U.S.C. § 843(b))

The Grand Jury further charges:

90.     On or about the dates listed below, in the Northern District of Ohio, Eastern

Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a

communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21,

United States Code, Sections 846 and 841(a):

| Count | Defendants | Date | Time (EST) |
|-------|-----------|------|------------|
| 11 | DIONTE DYKES, aka DOTS RAVEONA CARTER | March 14, 2024 | 5:03 p.m. |
| 12 | DIONTE DYKES, aka DOTS | March 18, 2024 | 4:22 p.m. |
| 13 | DIONTE DYKES, aka DOTS, and LIAM WALSH | April 3, 2024 | 10:31 a.m. |
| 14 | KEITH DYKES, aka BEEFY, and DIONTE DYKES, aka DOTS | April 5, 2024 | 11:53 a.m. |
| 15 | DIONTE DYKES, aka DOTS, and AMBER SLONE | April 21, 2024 | 8:51 p.m. |
| 16 | DIONTE DYKES, aka DOTS, and ROBERT AVERY, aka BLACK | April 21, 2024 | 12:43 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

## ENHANCED PENALTY UNDER TITLE 21,
## UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(B))

91.     Before Defendant JAVIAN HEARNS, aka SKEENS, committed the offenses

charged in Counts 1 and 4 of this Indictment, the defendant had a final conviction for a serious

drug felony, namely, a conviction under Title 21, United States Code, Sections 841(a)(1), to wit:

Possession with Intent to Distribute Oxycodone, Case No. 1:20-CR-110, in United States District

Court, Northern District of Ohio, for which he served more than 12 months of imprisonment and

for which he was released from serving any term of imprisonment related to that offense within

15 years of the commencement of the instant offense.

### FORFEITURE

The Grand Jury further charges:

92.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code,

Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code,

Section 2461(c), the allegations of Counts 1 through 16, inclusive, are incorporated herein by

reference.  As a result of the foregoing offenses, Defendants DIONTE DYKES, aka DOTS,

JAVIAN HEARNS, aka SKEENS, CLARENCE JACKSON, aka CINO, TREVAUGHN

BASSETT, MICHAEL CHAMBERS, aka DO-DO, AKIA BAILEY, aka KY FREE,

RAVEONA CARTER, KEITH DYKES, aka BEEFY, ROBERT AVERY, aka BLACK, LIAM

WALSH, and AMBER SLONE shall forfeit to the United States all property constituting, or

derived from, any proceeds they obtained, directly or indirectly, as the result of such violations,

all property used or intended to be used, in any manner or part, to commit or to facilitate the

commission of such violations; and all firearms and ammunition involved in or used in such

violations; including, but not limited to, the following $28,400 in U.S. Currency seized from RAVEONA CARTER on April 30, 2024.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.